IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP<br>401 City Line Avenue<br>Bala Cynwyd, Pennsylvania<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ERIC HAUSLER<br>63 Chestnut Road<br>Verona, New Jersey<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:　Civil Action No. 05 CV 5038<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff, Susquehanna International Group, LLP, and defendant, Eric Hasuler, hereby stipulate that this matter is dismissed with prejudice.

_____
M. Norman Goldberger
Matthew A. White
Andrew C. Curley
Wolf, Block, Schorr and Solis-Cohen, LLP
1650 Arch Street - 22nd Floor
Philadelphia, PA  19103
(215) 977-2000

Attorneys for
Susquehanna International Group, LLP

_____
Peter J. Boyer
McCarter & English
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103
(215) 979-3826

Attorney for Eric Hausler

Date:  January 9, 2006

DSD:43525.1/PRO134-217442