IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP. | : : : | CIVIL ACTION |
| v. | : : | NO. 05-CV-5038 |
| ERIC HAUSLER | : | |

**ORDER**

AND NOW this 12th day of January, 2006, upon consideration of the Stipulation Of Dismissal Pursuant To Rule 41(a)(1), is APPROVED. The Clerk of Court shall mark the above captioned matter DISMISSED with prejudice.

IT IS SO ORDERED.

BY THE COURT:

S:/R. Barclay Surrick, Judge